IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL GILBERT,** | Case No. 2:20-cv-00384 DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **HEARN, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant's <u>third</u> motion to modify the discovery and scheduling order dated November 23, 2020, is **GRANTED**. The deadline to file dispositive motions is extended for sixty days from the date of this order. Absent a compelling showing of good cause, no further extensions will be accommodated.

**IT IS SO ORDERED**.

Dated: June 30, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE