IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL GILBERT,** | Case No. 2:20-cv-00384 DMC |
| Plaintiff, | **ORDER** |
| v. | |
| **HEARN, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant's motion (ECF No. 21) to modify the discovery and scheduling order dated November 23, 2020, is **GRANTED**. The deadline to file dispositive motions is extended for sixty days from the date of this order. The Court's previous order (ECF No. 22) granting Defendant's motion incorrectly noted that the motion was Defendant's third request to extend the deadline to file dispositive motions. The motion is actually Defendant's first request for an extension. The Court's prior order is vacated, and this order issued in its place.

**IT IS SO ORDERED**.

Dated: July 1, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE