IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MICHAEL GILBERT,**

                Plaintiff,

   v.

**HEARN, et al.,**

                Defendants.

Case No. 2:20-cv-00384 DMC

**ORDER**

     Good cause appearing, Defendant's request for an extension of time is **GRANTED**. The post-screening ADR stay, entered by the Court's order dated September 14, 2021 (ECF No. 25), is extended through April 20, 2022. The deadline to file any dispositive motion, initially set forth by the Court's scheduling order on November 23, 2020 (ECF No. 19), and continued sua sponte by the order on July 23, 2021 (ECF No. 23), is extended to thirty days after the settlement conference.

     **IT IS SO ORDERED**.

Dated:  January 25, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE