IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. HEARN,<br><br>　　　　Defendant. | No. 2:20-CV-0384-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2021, the undersigned referred the case to the Court's early Alternative Dispute Resolution (ADR) program and staying proceedings for 120 days. See ECF No. 25. On December 10, 2021, the matter was set for a settlement conference before Magistrate Judge Jeremy D. Peterson on April 20, 2022. See ECF No. 26. On January 25, 2022, mail directed to Plaintiff at Mule Creek State Prison was returned undeliverable because Plaintiff has been released on parole. Accordingly, the referral to the Court's ADR program is withdrawn, the settlement conference set for April 20, 2022, before Judge Peterson is vacated, and the stay of

///
///
///
///

1

proceedings is lifted pending timely notice of change of address filed by Plaintiff.

        IT IS SO ORDERED.

Dated:  February 2, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE